ACCEPTED
03-14-00682-CR
6359607
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 9:14:41 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00682-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 9:14:41 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| PETER EZEBUNWA | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 427TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-10-206948

**STATE'S FIRST MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Appellant was placed on deferred adjudication probation for Possession of a Controlled Substance. On October 10, 2014, the trial court revoked the appellant's

1

probation. The appellant filed his notice of appeal in the above cause on October 23, 2014. Appellant's counsel filed a brief on July 6, 2015.

(b)     The State's brief is currently due on **August 5, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate response to this brief.

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **September 4, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas


_____
Angie Creasy
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## <u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

I hereby certify that this motion contains 245 words, based upon the computer program used to generate this motion and excluding words contained in those parts of the motion that Texas Rule of Appellate Procedure 9.4(i) exempts from inclusion in the word count, and that this motion is printed in a conventional, 14-point typeface.

I further certify that, on the 5th day of August, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Amber Vazquez Bode, Attorney at Law, 1004 West Avenue, Austin, Texas 78701, amberv@lawyers.com.

_____
Angie Creasy
Assistant District Attorney